UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**    **CASE NO. 07-CR-20130-DT-01**

 vs.

**HAKIM HOYLE,**

      **Defendant.**
_____/

## JUDGMENT OF ACQUITTAL

The Defendant having been found not guilty on all counts of the indictment, **IT IS ORDERED** that the Defendant is **ACQUITTED**, discharged and any bond exonerated.

            s/Denise Page Hood
            Denise Page Hood
            United States District Judge

Dated: November 23, 2009

  I hereby certify that a copy of the foregoing document was served upon counsel of record on November 23, 2009, by electronic and/or ordinary mail.

            s/William F. Lewis
            Case Manager